JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodrigo Ivan Munoz Varela, | Case No. EDCV18-01322-DDP (ASx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| U.S. Immigration and Customs Enforcement, | |
| Defendants. | |

THE COURT having ordered the Plaintiff to show cause in writing, not later than October 3, 2018, why this action should not be dismissed for lack of prosecution and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Federal Rule of Civil Procedures.

The Clerk shall E:mail a copy of this Order to all counsel.

Dated: November 15, 2018

DEAN D. PREGERSON
United States District Judge